Preg O'Donnell & Gillett PLLC
1800 Ninth Ave., Suite 1500
Seattle, WA  98101-1340
Phone:  (206) 287-1775

Honorable Fred VanSickle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

tw telecom of WASHINGTON LLC, a Delaware limited liability company, f/k/a TIME WARNER TELECOM of WASHINGTON LLC,

Plaintiff,

v.

LOCATING, INC., a Washington Corporation,

Defendant.

NO.  CV-08-229-FVS

ORDER OF DISMISSAL

THIS MATTER having come before the Court on the parties' Stipulated Motion for Order of Dismissal; and it appearing that no issue remains for the Court's determination, now, therefore,

ORDER OF DISMISSAL - 1
00567-4098  ~7702428.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  IT IS ORDERED that this action and all claims asserted herein are
2  DISMISSED with prejudice and without costs to any party.  Any trial date
3  and pretrial dates previously set are hereby VACATED.

4

5  DATED this  8th  day of  September , 2009.

6

7                                     s/ Fred Van Sickle

8                                     Honorable Fred Van Sickle
                                   U.S. District Court, Eastern District
9                                     Judge

10  Presented by:

11  PREG O'DONNELL & GILLETT PLLC
12

13
By: s/ David E. Chawes
14      David E. Chawes, WSBA 36322
15      Eric P. Gillett, WSBA 23691
Attorneys for Defendant Locating, Inc.
16  Preg O'Donnell & Gillett PLLC
17  1800 Ninth Avenue, Suite 1500
Seattle, WA  98101-1340
18  Telephone: (206) 287-1775
19  Fax:  (206) 287-9113
Email:  dchawes@pregodonnell.com
20  Email:  egillett@pregodonnell.com

21

22

23

24

25

ORDER OF DISMISSAL - 2
00567-4098 ~7702428.doc

**PREG O'DONNELL & GILLETT PLLC**
1800 NINTH AVENUE, SUITE 1500
SEATTLE, WASHINGTON  98101-1340
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113